IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:19-CV-227-DCK

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF AMERICA, as subrogee of GIO 44, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| THE HANOVER INSURANCE COMPANY as subrogee of MAILANDER LLC d/b/a SOLA SALONS ASHEVILLE, | )<br>)<br>)<br>) |
| Plaintiff-Intervenor, | )<br>) |
| v. | )<br>) |
| S.E. STEWART, INC., FALCON DEVELOPMENT OF NC, INC., T.P. HOWARD'S PLUMBING COMPANY INCORPORATED, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Notice Of Settlement With Defendant Falcon Development Of NC, Inc. Only" (Document No. 52) informing the Court that Plaintiff reached a settlement, in principal, with Defendant Falcon on or about August 20, 2020. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that Plaintiff and Defendant Falcon shall file a Stipulation of Dismissal in this case on or before **September 21, 2020**.

**SO ORDERED**.

Signed: August 21, 2020

David C. Keesler
United States Magistrate Judge