# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL ACTION NO. 1:19-CV-227-DCK

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF AMERICA, as subrogee of GIO 44, LLC, <br><br> Plaintiff, <br><br> v. <br><br> S.E. STEWART, INC., FALCON DEVELOPMENT OF NC, INC., T.P. HOWARD'S PLUMBING COMPANY INCORPORATED, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Falcon Development Of NC, Inc.'s Motion For Summary Judgment" (Document No. 45) filed August 12, 2020. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and the motion is ripe for disposition. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion as moot.

The undersigned notes that Defendant Falcon Development of NC, Inc. filed a "Stipulation Of Dismissal …" (Document No. 54) on September 15, 2020.

**IT IS, THEREFORE, ORDERED** that "Defendant Falcon Development Of NC, Inc.'s Motion For Summary Judgment" (Document No. 45) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: September 22, 2020

_____
David C. Keesler
United States Magistrate Judge