# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:19-CV-227-DCK

| | |
|---|---|
| **TRAVELERS INDEMNITY COMPANY OF AMERICA**, as subrogee of GIO 44, LLC, )<br><br>**Plaintiff,** )<br>and )<br><br>**THE HANOVER INSURANCE COMPANY**, as subrogee of Mailander LLC d/b/a Sola Salons Asheville, )<br><br>**Plaintiff-Intervenor,** )<br><br>v. )<br><br>**S.E. STEWART, INC., FALCON DEVELOPMENT OF NC, INC., T.P. HOWARD'S PLUMBING COMPANY INCORPORATED,** )<br><br>**Defendants.** ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 57) filed by Rodney E. Pettey, concerning Michael L. DeBona on October 28, 2020. Michael L. DeBona seeks to appear as counsel *pro hac vice* for Plaintiff-Intervenor The Hanover Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 57) is **GRANTED**. Michael L. DeBona is hereby admitted *pro hac vice* to represent Plaintiff-Intervenor.

**SO ORDERED**.

Signed: October 28, 2020

David C. Keesler
United States Magistrate Judge