THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00227-MR

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF AMERICA, as subrogee of GIO 44, LLC, | ) ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| THE HANOVER INSURANCE COMPANY, as subrogee of Mailander LLC doing business as Sola Salons Asheville, | ) ) ) ) ) ) |
| Plaintiff-Intervenor, | ) ) |
| vs. | ) ) |
| S.E. STEWART, INC., d/b/a S.E. Stewart & Son Plumbing, T.P. HOWARD'S PLUMBING COMPANY INCORPORATED, and FALCON DEVELOPMENT OF NC, INC., | ) ) ) ) ) ) |
| Defendants. | ) ) |

**O R D E R**

**THIS MATTER** is before the Court *sua sponte*.

This matter was originally assigned to the undersigned as the presiding judge with the Honorable W. Carleton Metcalf, United States Magistrate Judge, as the referral judge. [See Docket Annotation dated July 23, 2019].

On September 10, 2019, the case was reassigned to the Honorable David Keesler, United States Magistrate Judge, as the referral judge. [See Docket Annotation dated Sep. 10, 2019]. In October 2019, the parties filed a Joint Stipulation, indicating their consent to have Judge Keesler conduct any and all proceedings in this case in accordance with 28 U.S.C. § 636(c). [Doc. 27]. This matter has proceeded before Judge Keesler exclusively since that filing.

Upon review of the Court's docket, and upon consultation with Judge Keesler, the Court finds that there is good cause to vacate the reference of this matter to Judge Keesler. See 28 U.S.C. § 636(c)(4).

**IT IS, THEREFORE, ORDERED** that the reference of this civil matter to Magistrate Judge Keesler is hereby **VACATED** pursuant to 28 U.S.C. § 636(c)(4). The Clerk of Court is respectfully directed to reassign this matter to the undersigned as the presiding judge.

**IT IS FURTHER ORDERED** that this matter is set for trial during the Court's March 8, 2021 mixed term. All other pretrial deadlines set by Judge Keesler shall remain in full force and effect.

**IT IS SO ORDERED.**

Signed: December 3, 2020

Martin Reidinger
Chief United States District Judge

3